UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA GRAHAM,<br><br>                Plaintiff,<br><br>    v.<br><br>D. BASSHAM, et al.,<br><br>                Defendants. | CASE NO. C16-5597 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 50), and Plaintiff Joshua Graham's ("Graham") objections to the R&R (Dkt. 51).

On August 23, 2017, Judge Creatura issued the R&R recommending that the Court deny Graham's motion for a temporary restraining order because the substance of the motion is beyond the scope of the complaint. Dkt. 50. On August 28, 2017, Graham filed objections reiterating the need for emergency relief because Defendants were restricting his access to his legal materials. Dkt. 51. Graham, however, failed to address Judge Creatura's conclusion that this issue is beyond the scope of the complaint. Thus, Graham has failed to properly object to any specific portion of the R&R.

Accordingly, the Court having considered the R&R, Graham's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Graham's motion for a temporary restraining order is **DENIED**.

Dated this 3rd day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge