UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA GRAHAM,

                    Plaintiff,

        v.

D. BASSHAM, et al.,

                    Defendants.

CASE NO. C16-5597 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 73. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment (Dkt. 53) is **GRANTED**; and all of Plaintiff's claims are **DISMISSED with prejudice**.

Dated this 16th day of January, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER